NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8945
    Facsimile:  (415) 744-0134
    E-Mail:  Jennifer.A.Kenney@ssa.gov

Attorneys for Defendant Commissioner of Social Security

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL HAMED ALAJOOZ,<br><br> Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br> Defendant. | Case No. 2:19-cv-01157-SK<br><br>JUDGMENT OF REMAND |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED**

Judgment for Remand, Sentence Four 2:19-cv-01157-SK

1  **AND DECREED** that the above-captioned action is remanded to the

Commissioner of Social Security for further proceedings consistent with the

Stipulation to Remand.

Dated: May 14, 2020

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE

Judgment for Remand, Sentence Four 2:19-cv-01157-SK

-2-